Certificate Number: 00301-FLM-CC-038855717



00301-FLM-CC-038855717

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 11, 2024</u>, at <u>10:00</u> o'clock <u>AM EDT</u>, <u>LAURA NUNEZ</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Middle District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   September 11, 2024              By:    /s/Jimmy Arreaga

                                         Name:  Jimmy Arreaga

                                         Title: Certified Bankruptcy Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).