

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/03/2025 01:30 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:25-bk-00230-FMD** | 13 | **02/13/2025** |

**Chapter 13**

**DEBTOR:**     Laura Nunez

**DEBTOR ATTY:**     Charles Hayes

**TRUSTEE:**     Jon Waage

**HEARING:**

Initial/Confirmation Hearing

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Initial/Confirmation Hearing -   Continued to 9/11/2025 at 1:35 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.