United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-00230-FMD |
| Laura Nunez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 25, 2025 | Form ID: 13nfmtam | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Laura Nunez, 1418 Gerald Ave, Lehigh Acres, FL 33972-2322 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 27, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles R Hayes | on behalf of Debtor Laura Nunez chayespa@gmail.com  CharlesRHayesPA@jubileebk.net |
| Jon Waage | jwflecf@trustee13.com |
| United States Trustee - FTM7/13, 7 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 3

**[Dnfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:	Case No. 2:25−bk−00230−FMD
	Chapter 13

Laura Nunez
1418 Gerald Ave
Lehigh Acres, FL 33972

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A
CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

   To receive a discharge, the Debtor must (i) complete a postpetition instructional course in personal financial management, as described in 11 U.S.C. § 111; and (ii) file a certificate of course completion issued by the instructional course provider, in accordance with Fed. R. Bankr. P. 1007(b)(7). A certification has not been filed in this case. Accordingly,

   YOU ARE NOTIFIED that if the Debtor or instructional course provider fails to file the certification on or before the date of the last required plan payment or the filing of a motion for a discharge under 11 U.S.C. § 1328(b), in accordance with Fed. R. Bankr. P. 1007(c), then this case will be closed without the entry of a discharge.

   If you previously submitted a certification dated prior to the petition file date of February 13, 2025, a new postpetition certification form is required.

   DATED:  April 24, 2025

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

Clerk's Office is directed to serve a copy of this Notice on:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.