United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-00230-FMD |
| Laura Nunez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2025 | Form ID: Doddos | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Laura Nunez, 1418 Gerald Ave, Lehigh Acres, FL 33972-2322 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: retrievals@rtonational.com | Aug 04 2025 21:49:00 | RTO National LLC, 211 Bilo Blvd, Greenville, SC 29607, UNITED STATES 29607-5346 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles R Hayes | on behalf of Debtor Laura Nunez chayespa@gmail.com  CharlesRHayesPA@jubileebk.net |
| Jon Waage | jwflecf@trustee13.com |
| Trace Dillon, I | on behalf of Creditor RTO National LLC tracedillon@rtonational.com |
| United States Trustee - FTM7/13, 7 | |

District/off: 113A-2                              User: admin                                    Page 2 of 2
Date Rcvd: Aug 04, 2025                       Form ID: Doddos                           Total Noticed: 2

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 4

[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: August 4, 2025**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                          Case No.
                                                                                2:25−bk−00230−FMD
                                                                                Chapter 13

Laura Nunez


_____Debtor*_____/


### *ORDER DENYING MOTION FOR RELIEF FROM STAY*

   THIS CASE came on for consideration, without hearing, of the Motion for Relief from the Automatic Stay filed by RTO National, LLC , Doc. # 18 . After review, the Court determines that the motion is deficient as follows:

   The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002−4.

   Accordingly it is

   **ORDERED:**

The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.