**[Dntcosth]** [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: August 18, 2025**

_Caryl E. Delano_
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Laura Nunez

_____Debtor*_____/

Case No.
2:25−bk−00230−FMD
Chapter 13

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
AMENDED MOTION FOR RELIEF FROM STAY
Re: 12X30 Shed

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by RTO National LLC (Document No. 21) (the "Motion") will be held on September 11, 2025 , at 02:15 PM in Room 4−102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(e)(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court without further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

5. Unless otherwise notified, Judge Delano will conduct all Fort Myers' hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy, Lisa McCain at 813–301–5195 or Lisa_McCain@flmb.uscourts.gov no later than 3:00 p.m. one business day before the date of the hearing.

6. <u>Avoid delays.</u> A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

Trace Dillon is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.