

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/11/2025 01:35 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:25-bk-00230-FMD | 13 | 02/13/2025 |

**Chapter 13**

**DEBTOR:**  Laura Nunez

**DEBTOR ATTY:**  Charles Hayes

**TRUSTEE:**  Jon Waage

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES:**: Michael Cecil

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing -   Confirmed with modifications O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.