# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-00230-FMD |
| | Chapter 13 |
| Laura Nunez | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Jon W. Waage, former Chapter 13 Trustee for the period from the petition date through September 30, 2025, and Daryl J. Smith, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,540.00 |
| Less amount refunded to debtor | $0.00 |
| **Net Receipts:** | **$3,540.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $354.00 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Expenses of Administration:** | **$354.00** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$3,186.00** |

Dated: 9/30/2025

| | |
|---|---|
| /s/ Jon W. Waage | /s/ Daryl J. Smith |
| Former Chapter 13 Standing Trustee | Successor Chapter 13 Standing Trustee |
| P.O. Box 25001 | P.O. Box 25001 |
| Bradenton, FL 34206 | Bradenton, FL 34206 |